**STATE of Missouri, Respondent,**

v.

**Terry A. BLAIR, Appellant.**

**No. WD 34502.**

Missouri Court of Appeals,
Western District.

July 31, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 2, 1984.

Application to Transfer Denied
Nov. 20, 1984.

Gary L. Gardner, Asst. Public Defender,
Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and
CLARK, JJ.

ORDER

PER CURIAM.

Appeal from conviction pursuant to Section 565.004, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

All concur.